**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00075-CV**

_____

**IN RE EXPEDITED LOGISTICS AND FREIGHT SERVICES, LLC**

**Original Proceeding**
**163rd District Court of Orange County, Texas**
**Trial Cause No. B210023-C**

**MEMORANDUM OPINION**

Before we issued an opinion, Relator Expedited Logistics and Freight Services, LLC filed a motion to dismiss Relator's original proceeding seeking a writ of mandamus. Relator informs the Court that the proceeding is moot because Relator has resolved the underlying dispute. We grant the motion, lift our stay order of March 1, 2024, and dismiss this original proceeding without reference to the merits.

PETITION DISMISSED.

PER CURIAM

Submitted on March 20, 2024
Opinion Delivered March 21, 2024
Before Golemon, C.J., Johnson and Wright, JJ.

1